UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———

UNITED STATES OF AMERICA,

          Plaintiff,                   Case No. 2:08-cr-27-02

v.                               HON. R. ALLAN EDGAR

ROBERT ALLEN PETROCIK,

          Defendant.

_____/

**REPORT AND RECOMMENDATION**

          Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned

case on February 9, 2009, after receiving the written consent of defendant and all counsel.  At the

hearing, defendant ROBERT ALLEN PETROCIK entered a plea of guilty to Count 1 of the

Superseding Indictment, charging defendant with Conspiracy to Distribute and Possess with Intent

to Distribute (1) 50 grams or More of a Mixture or Substance Containing a Detectable Amount of

Cocaine Base (crack), and (ii) 500 Grams or More of a Mixture or Substance Containing a

Detectable Amount of Cocaine in violation of 21:846, 841(a)(1), 841(b)(1)(A)(iii) and

841(b)(1)(B)I(ii), in exchange for the undertakings made by the government in the written plea

agreement.  On the basis of the record made at the hearing, I find that defendant is fully capable and

competent to enter an informed plea; that the plea is made knowingly and with full understanding

of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats,

or promises, apart from the promises in the plea agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to Count 1 of the Superseding Indictment be accepted, that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing.  It is further recommended that the order setting conditions of defendant's release remain in effect pending sentencing.  Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, determination of defendant's status pending sentencing, and imposition of sentence are specifically reserved for the district judge.

Date: February 9, 2009                             /s/ Timothy P. Greeley
                                                   TIMOTHY P. GREELEY
                                                   United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than ten days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).